**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: FOUR PENNSYLVANIA SKILL AMUSEMENT DEVICES AND ONE TICKET REDEMPTION TERMINAL CONTAINING $18,692 IN U.S. CURRENCY | : No. 243 MAL 2023<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court<br>: |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA | :<br>: |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.